■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HINTON, Appellant. (Appeal No. 2.) [755 NYS2d 675] —Appeal from a judgment of Herkimer County Court (Kirk, J.), entered December 14, 1999, convicting defendant after a jury trial of, inter alia, criminal contempt in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Hinton* (302 AD2d 1008 [2003]). Present—Green, J.P., Pine, Hurlbutt, Burns and Gorski, JJ.